# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME T. GREEN,<br>    Plaintiff,<br><br>v.<br><br>CONEJO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br>    Defendants. | CV 23-10048 DSF (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint and amended complaints, including the operative Third Amended Complaint, the Report and Recommendation of the Magistrate Judge ("Report"), Plaintiff's Objections to the Report ("Objections"), Defendants' Response to the Objections, and other relevant records on file.

The Court has conducted a de novo review of the portions of the Report to which Objections were directed. The Court accepts and adopts the Magistrate Judge's Report. See United States v. Ramos, 65 F.4th 427, 434 (9th Cir. 2023) ("the district court ha[s] no obligation to provide individualized analysis of each objection"); Wang v. Masaitis, 416 F.3d 992, 1000 (9th Cir. 2005) (affirming a cursory district court order summarily adopting, without addressing any objections, a magistrate judge's report and recommendation). The Magistrate Judge correctly followed the Federal Rules of Civil Procedure and Ninth Circuit law in recommending further leave to amend should not be granted and that judgment should instead be entered.

Accordingly, it is ordered that:

1. The Objections are OVERRULED.

2. The Third Amended Complaint is DISMISSED without leave to amend.[1]

3. Judgment shall be entered DISMISSING this action its entirety with prejudice.

4. The Clerk serve this Order and the Report on all counsel or parties of record.

IT IS SO ORDERED.

Date: January 2, 2025

Dale S. Fischer
United States District Judge

---

[1] In light of this determination, Plaintiff's Request for a Ruling on the Third Amended Complaint (Dkt. 16) is DENIED as moot.