JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME T. GREEN,<br>    Plaintiff,<br><br>    v.<br><br>CONEJO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br>    Defendants. | CV 23-10048 DSF (ADS)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is DISMISSED with prejudice.

    IT IS SO ORDERED.

Date: January 2, 2025

*Dale S. Fischer*
Dale S. Fischer
United States District Judge